UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER<br>ANTITRUST LITIGATION (NO. II) | MDL No. 2977 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 15, 2020, the Panel transferred 3 civil action(s) to the United States District Court for the Eastern District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Eastern District of Oklahoma. With the consent of that court, all such actions have been assigned to the Honorable Robert J. Shelby.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Oklahoma and assigned to Judge Shelby.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Oklahoma for the reasons stated in the order of December 15, 2020, and, with the consent of that court, assigned to the Honorable Robert J. Shelby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Oklahoma. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 29, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: BROILER CHICKEN GROWER**
**ANTITRUST LITIGATION (NO. II)**                                                      MDL No. 2977

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 20−07049 | Mason et al v. Tyson Foods, Inc. et al |